UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| EBRO REAL ESTATE HOLDINGS, LLC, | ) Honorable Eugene Wedoff |
| | ) |
| Debtor. | ) Case No. 09-10104 |
| | ) |
| | ) |
| EBRO REAL ESTATE HOLDINGS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adversary No. 09 A 00782 |
| | ) |
| BANK OF AMERICA, N.A. (successor by Merger to LaSalle Bank National Association), | ) |
| | ) |
| Defendant. | ) |

## ORDER ON MOTION OF BANK OF AMERICA
## TO DISMISS DEBTOR'S COMPLAINT

This matter having come before the Court on the Motion of Bank of America to Dismiss Debtor's Complaint (Docket No. 16) (the "Motion")[1]; the Court having considered the Motion at a hearing (the "Hearing") on November 24, 2009, and it appearing that (a) the Court has jurisdiction over the matters raised in the Motion, (b) this is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(K) and (O), (c) proper and adequate notice of the Motion and the Hearing was given and that no other or further notice is necessary, and (d) good and sufficient cause exists for the granting of the relief as set forth herein,

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Motion.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Complaint is hereby dismissed, with leave to the chapter 7 trustee in the above-captioned bankruptcy case to file an amended version of the Complaint within thirty (30) days of the date hereof.

2. The Motion and the entry of this Order constitute a core proceeding, and this Order is a final Order as those terms are defined in 28 U.S.C. §§ 157 and 158.

3. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: November 30, 2009
Chicago, Illinois

_____
UNITED STATES BANKRUPTCY JUDGE

CHICAGO\2822612.1
ID\MMSM - 074925/0209